UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE GRAY, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV00881-ERW |
| ) | |
| CITY OF VALLEY PARK, MISSOURI, ) | |
| ) | |
| Defendant(s). ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's Motion for Additional Time to respond to Plaintiffs' Motion for Preliminary Injunction [doc. #9] and Plaintiffs' Motion for Expedited Briefing and Decision on Plaintiffs' Motion to Remand [doc. #13].

A hearing was held on the above motions, and the parties informed the Court that an agreement had been reached. Parties agree that the Defendant will have until May 25, 2007 to file its Response to Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs' Reply will be due on May 31, 2007. The parties further agreed that Defendants shall file their Response to Plaintiffs' Motion to Remand [doc. #11] by Friday May 11, 2007, and Plaintiffs' Reply will be due May 15, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Additional Time to File Response to Motion for Preliminary Injunction [doc. #9] is **GRANTED in part.** Defendant's Response shall be filed no later than May 25, 2007. Plaintiffs' Reply shall be filed no later than May 31, 2007.

1

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Expedited Briefing on Plaintiff's Motion to Remand [doc. #13] is **GRANTED in part.**  Defendant's Response shall be filed no later than May 11, 2007.  Plaintiffs' Reply shall be filed no later than May 15, 2007.

Dated this <u>8th</u> Day of <u>May</u>, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE