UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE GRAY, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:07CV00881-ERW |
| | ) |
| CITY OF VALLEY PARK, MISSOURI, | ) |
| | ) |
| Defendant(s). | ) |

## **ORDER**

This matter comes before the Court on a status conference that was held on this date. In accordance with the matters that were discussed during the hearing, the Court issues the following order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff has fourteen (14) days to conduct discovery on the limited question of the legality of the passing of Valley Park, Missouri Ordinance No. 1736.

**IT IS FURTHER ORDERED** that the parties shall follow the normal briefing schedule on Defendant City of Valley Park's Motion for Summary Judgment. Plaintiff will have twenty (20) days to file their response brief, and Defendant shall have (five) days thereafter to file their reply brief.

**IT IS FURTHER ORDERED** that the Court shall hold in abeyance Plaintiff's Motion for Declaratory Judgment, pending a determination of whether Valley Park, Missouri Ordinance No. 1776 was lawfully enacted.

**IT IS FURTHER ORDERED** that the parties shall notify the Court by noon on August 14, 2007, of any stipulation as to future discovery deadlines.

Dated this <u>10th</u> Day of <u>August</u>, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE