# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WINDHOVER, INC. AND JACQUELINE GRAY, ) ) ) | |
| Plaintiffs, ) | Cause No. 07-cv-881 ERW |
| ) v. ) ) | |
| CITY OF VALLEY PARK, MISSOURI, ) ) | |
| Defendant. ) | |

## STIPULATION OF PARTIAL VOLUNTARY DISMISSAL
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

WHEREAS, on July 16, 2007, Defendant City of Valley Park enacted Ordinance No. 1735, which removes certain disputed provisions from Valley Park Ordinance No. 1721 (the "Landlord Ordinance");

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate to the dismissal without prejudice of the causes of action directed to the Landlord Ordinance asserted in Paragraph 28 of the Amended Petition for Declaratory and Injunctive Relief, with each party to bear its own costs. The causes of action directed to Valley Park Ordinance No. 1722 (the "Employer Ordinance") in Paragraph 29 of the Amended Petition remain at issue.

Dated: August 9, 2007

                                                  WINDHOVER, INC.;
                                                JACQUELINE GRAY

                                                By: /s/ Daniel J. Hurtado
                                                    DANIEL J. HURTADO
                                                    Attorney for Plaintiffs

CITY OF VALLEY PARK

By: _Kris W. Kobach_
KRIS W. KOBACH
Attorney for Defendant

IT IS SO ORDERED:

_E. Richard Webber_
UNITED STATES DISTRICT JUDGE

august 9, 2007