# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1681

Jacqueline Gray and Windhover, Inc.,

Appellants

v.

City of Valley Park, Missouri,

Appellee

------------------------------

Eagle Forum Educationa nd Legal Defense Fund, et al.,

Amici on Behalf of Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00881-ERW)
_____

**MANDATE**

In accordance with the opinion and judgment of 06/05/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 26, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit